UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EXPRESS SCRIPTS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:08cv1915 TCM |
| WALGREEN CO., | ) |
| Defendant. | ) |

## ORDER

This case is before the Court on the unopposed motion of Defendant, Walgreen Company, for (1) an extension of time up to and including January 22, 2009, within which to respond to Plaintiff's complaint and to its motion for a preliminary injunction, and (2) a status conference. [Doc. 14] Both requests are granted. The status conference shall be held in chambers on **Monday, January 12, 2009**, at **2:00 p.m.** The parties should be prepared to discuss the issue of consent to the undersigned's jurisdiction to enter dispositive orders in the case pursuant to 28 U.S.C. § 636(c).

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of January, 2009.