UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MOTION: | |
| Granted | ✓ |
| Denied | |
| Overruled | |
| Date | 6pm 9/10/09 |

EXPRESS SCRIPTS, INC., )
                                    )
       Plaintiff, )
                                    )
vs. )    Cause No. 4:08-CV-1915 TCM
                                    )
WALGREEN CO., )
                                    )
       Defendant. )

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER AND
ORDER REFERRING CASE TO ADR**

COME NOW Plaintiff Express Scripts, Inc. and Defendant Walgreen Co. (collectively the "Parties"), and hereby move the Court to amend the Case Management Order, Paragraph 4, and the Order Referring Case to Alternative Dispute Resolution. The Parties respectfully request that this case be referred to alternative dispute resolution ("ADR") on December 1, 2009, and that the ADR reference terminate on February 1, 2010.

Respectfully submitted,

| CARMODY MACDONALD P.C. | GREENSFELDER, HEMKER & GALE, P.C. |
|---|---|
| By /s/ Teresa Dale Pupillo | By /s/ David P. Niemeier |
| Gerard T. Carmody, #2786 | Edward M. Goldenhersh, #3234 |
| Kelley F. Farrell, #46929 | David P. Niemeier, E.D., #497950 |
| Teresa Dale Pupillo, #49909 | 10 South Broadway, Suite 2000 |
| 120 South Central, Suite 1800 | St. Louis, Missouri 63102 |
| St. Louis, Missouri 63105 | (314) 241-9090 |
| (314) 854-8600 | (314) 345-5466 (facsimile) |
| (314) 854-8660 (facsimile) | |
| | |
| *Attorneys for Plaintiff Express Scripts, Inc.* | *Attorneys for Walgreen Co.* |

{2197\00001\480062.DOC.}